**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAE HEE CHUNG, ) | NO. CV 08-8024-AG (MAN) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| JAMES E. TILTON, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus As Moot Based On Petitioner's Death,

IT IS ADJUDGED that the above-captioned action is dismissed as moot.

DATED: January 28, 2010.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE